# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                                    **Civil Action**
                                                    **No: 15cv11737-WGY**

**Suzanne Zevolo**

**Plaintiff**

v.

**Midland Credit Management, Inc.**
**Defendant**

# SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

    The Court having been advised on  that the above-entitled action has been settled:
    IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                                      **By the Court,**

                                                      **/s/Matthew A. Paine**

                                                      **Deputy Clerk**

September 3, 2015

To: All Counsel